**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DOCTOR ELGINE WILSON FURLOW,**

    **Plaintiff,**

**vs.**                                         **Case No. 4:13cv477-RH/CAS**

**RICK SCOTT, et al.,**

    **Defendants.**

_____/

**REPORT AND RECOMMENDATION**

Plaintiff, who is *pro se*, submitted a civil rights complaint. Doc. 1. Plaintiff did not pay the filing fee for this case nor did he submit an in forma pauperis motion with the required supporting financial affidavit. Under the local rules of this Court, a civil action "shall not be filed by the clerk until the fee is paid as required by 28 U.S.C. § 1914, unless the complaint . . . is accompanied by a motion for leave to proceed *in forma pauperis*." N.D. Fla. Loc. R. 5.1(H). Because Plaintiff neither paid the fee nor filed an in forma pauperis motion, this case should be dismissed.

The case should also be dismissed because federal law permits a United States District Court to dismiss a case filed in forma pauperis, if it is satisfied that the action is frivolous or malicious. The Supreme Court has recognized two types of cases which

may be dismissed, *sua sponte*, pursuant to 28 U.S.C. § 1915(d).  <u>Neitzke v. Williams</u>, 490 U.S. 319, 109 S. Ct. 1827, 1833, 104 L. Ed. 2d 338 (1989).  The first class are "claim(s) based on an indisputably meritless legal theory," and the second class contain "claims whose factual contentions are clearly baseless."  *Id.*  This case lacks an arguable basis in law, is incomprehensible, and is clearly removed from reality.  <u>Sultenfuss v. Snow</u>, 894 F.2d 1277 (11th Cir. 1990), *citing* <u>Neitzke</u>.

Although Plaintiff did not submit an in forma pauperis motion and was not granted in forma pauperis status, there is no need to delay dismissal of this case only to resolve the issue of the filing fee.  Because dismissal of the complaint is appropriate, it should be done *sua sponte* and without requiring Plaintiff to file an in forma pauperis motion or pay the filing fee.

In light of the foregoing, it is respectfully **RECOMMENDED** that this action be **DISMISSED** because it is frivolous and the complaint fails to state a claim upon which relief may be granted.

**IN CHAMBERS** at Tallahassee, Florida, on September 24, 2013.


  S/    Charles A. Stampelos
**CHARLES A. STAMPELOS**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:13cv477-RH/CAS